B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

In re _____**Rickey L Green**_____ ,          Case No. __**10-38719**__
                                Debtor                                                          Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**American Servicing Company** | **Describe Property Securing Debt:**<br>**Rental property**<br>**227 Fabersham Lane**<br>**Columbia, SC 29229** |

Property will be *(check one)*:
- ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☑ Claimed as exempt                    ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**American Servicing Company** | **Describe Property Securing Debt:**<br>**Rental property**<br>**227 Fabersham Lane**<br>**Columbia, SC 29229** |

Property will be *(check one)*:
- ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☑ Claimed as exempt                    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                 Page 2

---

**Property No.  3**

**Creditor's Name:**                          **Describe Property Securing Debt:**

**Bank of America**                           **Principal residence**
                                              **5609 Paynes Endeavor Drive**
                                              **Bowie, MD 20720**

Property will be *(check one)*:

    ☐  Surrendered            ☑  Retained

If retaining the property, I intend to *(check at least one)*:

    ☐  Redeem the property
    ☑  Reaffirm the debt
    ☐  Other.  Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:

    ☑  Claimed as exempt            ☐  Not claimed as exempt

---

**Property No.  4**

**Creditor's Name:**                          **Describe Property Securing Debt:**

**Capital One Auto Finance**                  **2003 BMW 745 LI, fair condition, 126,000 miles**

Property will be *(check one)*:

    ☐  Surrendered            ☑  Retained

If retaining the property, I intend to *(check at least one)*:

    ☐  Redeem the property
    ☑  Reaffirm the debt
    ☐  Other.  Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:

    ☑  Claimed as exempt            ☐  Not claimed as exempt

---

**Property No.  5**

**Creditor's Name:**                          **Describe Property Securing Debt:**

**Indy Mac Bank**                             **Principal residence**
                                              **5609 Paynes Endeavor Drive**
                                              **Bowie, MD 20720**

Property will be *(check one)*:

    ☐  Surrendered            ☑  Retained

If retaining the property, I intend to *(check at least one)*:

    ☐  Redeem the property
    ☑  Reaffirm the debt
    ☐  Other.  Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f))

B 8 (Official Form 8) (12/08)                                                                                     Page 3

Property is *(check one)*:
☑ Claimed as exempt                    ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**Joe and Brenda Ferguson** | **Describe Leased Property:**<br><br>**Rental  property in SC** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES   ☐ NO |

   *0*   continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **1/20/2011**                              **s/ Rickey L Green**
                                             **Rickey L Green**
                                             Signature of Debtor